TO: CLERK OF CRIMINAL APPEALS OF
TEXAS

12-15-2014

82,298-02

MY NAME IS- CHRISTOPHER Allen HICKMAN T.D.C.J.#1668998

WR-# 82,298-02 TR.Ct# NO: W09-13247-J-A.

On 12-10-2014. I received notice that my APPLICATION FOR 11.07 writ was received and presented to the court, is it in the APPEALS-court new Because, I Also HAD Been (Advised on 10-29-2014) that the court denied my writ of HABEAS-CORPUS on the findings of the TRIAL court. I'm new to-law But Tryin to get the Right understandin. so is my 11.07 writ still Been viewed over? I would love info so my Allah Bless whom is readin this letter to inform me with info on my writ.

THANKS N Merry
Christmas

Christopher Hickman

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 30 2014

Abel Acosta, Clerk